ACCEPTED
03-15-00121-CV
4393566
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 9:03:54 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00121-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 9:03:54 AM
JEFFREY D. KYLE
Clerk

TOM BENSON
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

## APPELLANT'S MOTION TO DETERMINE PROPER DESIGNATION OF CASE AND APPROPRIATE APPELLATE FILING FEE

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant, Tom Benson, asks this Court to determine the proper designation of this case and the appropriate appellate filing fee, if any.

1. Appellant is Tom Benson; appellee is The State of Texas.

2. No rule provides a deadline to file this motion for the relief requested.

3. Appellant timely filed a Notice of Appeal in this Court. Appellant also timely filed a supersedeas bond to suspend enforcement of the judgment entered by

the trial court on the State of Texas' Motion for Summary Judgment; requested the clerk's record.

4.    The clerk of this court filed this case under the designation "CV" which is the designation given a civil case.

5.    The clerk has erred in filing this case as a civil case with the designation "CV".

6.    It is firmly settled law that a criminal bail bond forfeiture proceeding is a criminal case, not a civil case, with final appellate jurisdiction vested with the Court of Criminal Appeals. *Safety National Casualty Corporation (Agent Michael W. Cox) v. State of Texas*, 305 S.W.3d 586, 588 (Tex. Crim. App. 2010) ("*Safety National 2*").

The First Court of Appeals was faced with this exact case designation issue in *Safety National Casualty Corporation (Agent Michael W. Cox) v. State of Texas*, 273 S.W.3d 730, 731-732 (Tex. App. - Houston [1st Dist.] 2008) (*Safety National 1*"), *reversed on other grounds, Safety National Casualty Corporation (Agent Michael W. Cox) v. State of Texas*, 305 S.W.3d 586 (Tex. Crim. App. 2010) ("*Safety National 2*") and determined that "CR" is the correct case designation.

7.    Appellant requests the Court to amend the case designation in this case from "CV" to "CR".

8. The clerk by letter requested appellant to pay the $195.00 filing fee assessed on civil cases filed in this court by March 6, 2015 or this appeal will be dismissed. This demand has raised the issue of the proper filing fee due if any in this case and the proper case designation.

9. This fee issue is also settled by *Safety National* 2 and this Court's own fee schedule. The Court's fee schedule is published as Item No. 18 in the Practice Before the Court page on the internet at "http://www.txcourts.gov/3rdcoa/practice-before-the-court.aspx".

10. In *Safety National* 2 the Court of Criminal Appeals held stated that "[W]e conclude that the current version, Article 44.44, Texas Code of Criminal Procedure, also excludes the application of civil-case fees by the court of appeals in appeals from criminal bond-forfeiture proceedings." *Safety National* 2, 305 S.W.3d 586 at 590.

11. None of the statutory authority cited in *Safety National* 1, *Safety National* 2 or this Court's fee schedule have been amended, or amended in a way that alters the holding in *Safety National* 2 and it remains binding on this court. These are: Texas Code of Criminal Procedure art. 44.42 and 44.44; Texas Government Code Sections 51.005, 51.0051, 51.207, 51.208, 51.851, 51.852, 51.941 and 552.262; Rule 13.3(g)

Rules of Judicial Administration; 1 Tex. Adm. Code 70.3 and Texas Supreme Court Misc. Docket No. 13-9127 dated August 16, 2013.

12. The Court is requested to direct the Clerk to only assess fees that are authorized for the filing of criminal cases, if any, against appellant and to reverse or refund any civil filing fee collected under protest.

## RELIEF REQUESTED

Appellant requests the Court to direct the Clerk of this Court to amend the designation of this case from "CV" to "CR" and to also direct the Clerk to assess against appellant filing fees that are assessable upon the filing of a criminal case, if any and for such other relief to which appellant has shown itself entitled.

Respectfully submitted,

/s/ Tom Benson

Tom Benson, Prose
900 Jackson Street, Suite 750
Dallas, Texas 752202
Texas Bar I.D. 02170500
(214) 742-9898
tomrbenson@gmail.com

## Certificate of Conference

I certify that on March 5, 2015 after 5:00 P.M., I attempted to communicate with Tim Labadie, Assistant Travis County Attorney by email to: tim.labadie@traviscountytx.gov, but there has been insufficient time for him to respond to my communication before I had to file this motion to meet the clerk's deadline. I assume the State will oppose the relief requested.

/s/ Tom Benson

_____
Tom Benson

## CERTIFICATE OF SERVICE

I certify that I have on this 5th day of January, 2015, after 5:00 P.M., caused a true and correct copy of the foregoing Appellant's Motion to DETERMINE PROPER DESIGNATION OF CASE AND APPROPRIATE APPELLATE FILING FEE to be delivered to Tim Labadie, Assistant Travis County Attorney by email to: tim.labadie@traviscountytx.gov.

/s/ Tom Benson

_____
Tom Benson